UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,                       Case No. 15-mc-51530
                                          Hon. Matthew F. Leitman

v.

TCA INCORPORATED,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter came before the Court on June 1, 2021, by way of a Motion for Order of Dismissal filed by the Equal Employment Opportunity Commission (EEOC). The EEOC brought its Motion because the Respondent, TCA, Inc., has been dissolved. Due to the Respondent's status as a dissolved company, this matter is dismissed with prejudice.

    **IT IS SO ORDERED**.

                                            /s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: June 2, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 2, 2021, by electronic means and/or ordinary mail.

                                       s/Holly A. Monda
                                       Case Manager
                                       (810) 341-9764